FRANK J. IMPRESCIA *v.* STATE REAL ESTATE
COMMISSION

The motion by John F. Murphy, Jr., to withdraw
his appearance as counsel for the plaintiff in the
appeal from the Court of Common Pleas in Hart-
ford County is granted.

*John F. Murphy, Jr.,* on the motion.

Argued February 5—decided February 5, 1974

HELEN F. KRAUSE, EXECUTRIX, ET AL. *v.* BRIDGEPORT
HOSPITAL

The defendant's motion to dismiss the appeal
from the Superior Court in Fairfield County is
denied.

*Arnold J. Bai,* for the appellee (defendant).

*Helen F. Krause,* pro se, for the appellants (plain-
tiffs).

Argued February 5—decided February 5, 1974

EAST HAVEN REDEVELOPMENT AGENCY *v.* FRANK
DEPINO

The plaintiff's motion to strike the defendant's
assignment of errors and to dismiss the appeal from
the Superior Court in New Haven County is
granted.

*Anthony V. DeMayo,* for the appellee (plaintiff).

*Frank DePino,* pro se, the appellant (defendant).